IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| In Re: ) | CASE NO. ___01-28002___ |
| ) | |
| ) | CHAPTER 11 POST CONFIRMATION REPORT |
| **BEP SERVICES, L. P.** ) | |
| ) | __X__ QUARTERLY _____ FINAL |
| ) | (PLEASE CHECK) |
| ) | |
| Debtor(s) ) | QUARTER ENDING: __09-30-07__ |
| ) | |
| ) | DATE PLAN CONFIRMED: __12-3-02__ |

**DISBURSEMENTS MADE BY THE (REORGANIZED DEBTOR OR OTHER RESPONSIBLE PARTY) EITHER UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.**

<u>**SUMMARY DISBURSEMENTS**</u>

A.  Disbursements made under the plan this quarter:         $ ___0___

B.  Disbursements made not under the plan this quarter:     $ ___0___

            Total Disbursements:     $ ___0___

If plan payments have not yet begun, please indicate the date that the first plan payment is due.

_____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AN CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _/s/ [signature]_                         DATE: _1/26/0?_

_Mark C. Rosenberg_
(PRINT NAME)

ADDRESS: _____
         _____
         _____